UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Petitioner,

  -vs-

PATRICK H. COLEMAN, Owner,
SOULFUL CONCEPTS, INC.,
d/b/a BEANS AND CORNBREAD,

    Respondent.
_____/

MISC. NO. 09-mc-50527

HON. ROBERT H. CLELAND

## **ORDER DISMISSING PETITION TO ENFORCE IRS SUMMONS**

Petitioner having advised the Court that it wishes to dismiss without prejudice the Petition to Enforce IRS Summons filed against Patrick H. Coleman, Owner, Soulful Concepts, Inc., d/b/a Beans and Cornbread;

IT IS HEREBY ORDERED that the Petition to Enforce IRS Summons brought against respondent, Patrick H. Coleman, Owner, Soulful Concepts, Inc., d/b/a Beans and Cornbread, by the petitioner is hereby dismissed without prejudice and without costs.

                                  S/Robert H. Cleland
                                  ROBERT H. CLELAND
                                  UNITED STATES DISTRICT JUDGE

Dated: October 29, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 29, 2010, by electronic and/or ordinary mail.

                                         S/Lisa Wagner
                                         Case Manager and Deputy Clerk
                                         (313) 234-5522